"UNDER SEAL"

FILED
CHARLOTTE, NC

JUL 17 2014

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>(1) LORIS GEMON )<br>(2) TWANDA PIERCE )<br>)<br>)<br>)<br>) | Docket No. 3:14-cr-140-RJC |

### ORDER SEALING BILL OF INDICTMENT AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Bill of Indictment, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Bill of Indictment, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

SO ORDERED this 17th day of July 2014.

_____
THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE